KEVIN V. RYAN (California State Bar No. 118321)
United States Attorney
JAY R. WEILL (California State Bar No. 75434)
Assistant United States Attorney
Chief, Tax Division

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7017
Fax: (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DAVID PALMER, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>GREGG SOLEM,<br><br>Respondent. | NO. C-05-01705-BZ<br><br>**APPLICATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE AND ORDER** |

This summons enforcement case is set for a hearing on June 29, 2005. The government has been unable to locate respondent Gregg Solem in order to serve him with the Petition and Order To Show Cause. Accordingly, we request that this matter be continued for 60 days to allow the government additional time to locate and serve the respondent.

KEVIN V. RYAN
United States Attorney

JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

**ORDER**

Upon application of the United States, the hearing on the Order to Show Cause is continued to _____21st_____ day of ___September___, 2005.

IT IS SO ORDERED
Magistrate Judge Bernard Zimmerman
United States District Court
Northern District of California

Dated: 6/23/05