E-filing

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DAVID PALMER, Revenue Officer, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GREGG SOLEM, )<br>)<br>Respondent. )<br>_____) | NO. C-05-1705 BZ<br><br>**ORDER ENFORCING SUMMONS** |

This case having come on for hearing on September 21 2005, at 10:00 a.m., upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

**ORDERED** that respondent, Gregg Solem, shall appear before Revenue Officer David Palmer, or any other designated agent, on ~~October 5, at 9:30 a~~.m. [SEPT 21 2005 at 10:40 a.m.], at the Offices of the Internal Revenue Service located at 450 Golden Gate Avenue 6th Floor, San Francisco, California, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons, copy of which is attached hereto as **Exhibit A** and produce for the Revenue Officer's inspection and copying respondent's records also described in the subject Internal Revenue Service summons.

**ORDERED** this 21 day of Sept, at San Francisco, California.

*/s/ Bernard Zimmerman*
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

Order Enforcing Summons
C 05-1705 BZ

**EXHIBIT A**



# Summons

In the matter of **Gregg Solem, 1325 Indiana Street Unit 314, San Francisco, CA 94107**

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed - California Area**

Periods **December 31, 2000; December 31, 2002 and December 31, 2003**

## The Commissioner of Internal Revenue

To **Gregg Solem**

At **1325 Indiana Street Unit 314, San Francisco, CA 94107**

You are hereby summoned and required to appear before David Palmer, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents in your possession and control reflecting the assets and liabilities of the above named taxpayer(s) including, but not limited to, the following: all bank statements, checkbooks, canceled checks, savings account passbooks, and records of certificates of deposit, for February 7, 2004 to February 7, 2005, regarding accounts or assets held in the name of the taxpayer(s) or held for the benefit of the taxpayer(s); all records or documents regarding stocks and bonds, deeds or contracts regarding real property, current registration certificates for motor vehicles, and life or health insurance policies currently in force, any of which items are owned, wholly or partially, by the taxpayer(s), or in which the taxpayer(s) have a security interest, or held for the benefit of either or both of the taxpayer(s), so that a current Collection Information Statement may be prepared. A blank copy of such Collection Information Statement is attached hereto to guide you in the production of the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
450 Golden Gate Ave, 6th Floor Group 1900, San Francisco, CA 94102   415-522-4320

**Place and time for appearance at:** 450 Golden Gate Ave, 6th Floor Group 1900, San Francisco, CA 94102

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the __28th__ day of __February__, __2005__ at __08:01__ o'clock __A__ m.

Issued under authority of the Internal Revenue Code this __9th__ day of __February__, __2005__

Signature of Issuing Officer

**Revenue Officer**
Title

Signature of Approving Officer (if applicable)

Title

Original -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| February 9, 2005 | 9:35 Am |

**How Summons Was Served**

1. ☒ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

| Signature | Title |
|---|---|
| [signed] | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____   Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| Signature | Title |
|---|---|
|  |  |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  |  |

Form **2039** (Rev. 12-2001)