KEVIN V. RYAN **(California State Bar No. 118321)**
United States Attorney
JAY R. WEILL **(California State Bar No. 75434)**
Assistant United States Attorney
Chief, Tax Division

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone:  (415) 436-7017
Fax:            (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DAVID PALMER, Revenue Officer,  Petitioners,  v.  GREGG SOLEM,  Respondent. | NO. C-05-01705-BZ  APPLICATION TO DISMISS VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS |

The United States of America dismisses the Petition To Enforce filed on April 26, 2005 because the respondent has complied with the Court's Order of September 21, 2005.

KEVIN V. RYAN
United States Attorney

Dated: November 30, 2005

/s/ Jay R. Weill
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

SO ORDERED

Dated: December 5, 2005

BERNARD ZIMMERMAN
UNITED STATES DISTRICT JUDGE